SAMUEL I. WHITE†
WM. ADAM WHITE†
ERIC D WHITE
D. CAROL SASSER (VA & GA) †

EMMANUEL D. VOCES (VA&WV) †

JODY M. LA (VA & GA) †
ROBERT E FRAZIER(VA,MD, DC & WV) †
LAURA D. HARRIS (VA, MD, DC & CA) †
DANIEL J. PESACHOWITZ (VA,MD & DC)††
RANDA S. AZZAM (VA & MD)††
MICHAEL T. FREEMAN
JASON L. HAMLIN†
CHRISTOPHER L.WALKER†
SARAH A.CRICHIGNO (WV & VA)†††
FABIO CRICHIGNO (WV & VA)†††
CHRISTOPHER R. ARTHUR (WV) ††††
JOHN E. DRISCOLL, III (MD& VA)††
ROSALIE K. DOGGETT†
NINA AQUILINA
SARA K. TURNER†
L. RICHARD DORSEY (WV) ††††
RONALD J. GUILLOT, JR. (VA &LA) †
DONNA J. HALL †
ROGER J. JARRELL, II††††
MICHAEL C. DYPSKI†††††
DAVID W. CARTER
ROBERT A. JONES†
ELLEN G. OWEN

# SAMUEL I. WHITE, P.C.

ATTORNEYS AND COUNSELORS AT LAW

1804 STAPLES MILL ROAD
SUITE 200
RICHMOND, VIRGINIA 23230
TELEPHONE (804) 290-4290
FACSIMILE (804) 290-4298

†5040 Corporate Woods Drive
Suite 120
VIRGINIA BEACH, VIRGINIA 23462
TELEPHONE(757) 490-9284
FAX (757) 490-8143

††913 King Street
ALEXANDRIA, VIRGINIA 22314
TELEPHONE (703) 739-1070
FAX (703) 739-2619

†††235 High Street  Suite 311
MORGANTOWN,WV 26505
TELEPHONE (304) 413-0010
TOLL FREE (866) 839-8856
FAX(304) 413-0014

††††300 Capitol Street, Suite 1600
CHARLESTON, WV 25301
TELEPHONE (304) 414-0200
FAX (304) 414-0202

†††††8600 LaSalle Road
Suite 333
The Chester Building
TOWSON, MD 21286
TELEPHONE (443) 632-0993
FAX (443) 632-0999

March 3, 2010

**Bankruptcy Department**
FMC
10975 El Monte, Suite 220
Overland Park, KS 66211

RE:    Gwendolyn Epps Franklin
       (The Cit Group/Consumer Finance, Inc.)
       Loan#: xxxxxx6698
       File#: 98-014116-09
       Case#: 06-61593-WA3-13

Dear Sir or Madam:

Enclosed please find the following funds to be applied post-petition to the above-referenced loan pursuant to the terms of the entered Order Granting Modification of Stay of November 30, 2009 and which CURES the Notice of Default filed February 16, 2010.  This will serve to withdraw said Notice of Default.

|  | **Date:** | **Amount:** |
|---|---|---|
| Wachovia Official Check #1304602831 | 3/1/10 | $1,867.00 |

If you have any questions, please contact me directly at (804) 290-4290.

Very truly yours,

**SAMUEL I. WHITE, P.C.**
/s/ Eric David White, Esquire
Attorney at Law

/bsk