**COURT PROCEEDING MEMO**
**MISCELLANEOUS MATTER**

DATE: 11/15/10
TIME: 9:30 AM
DOCKET #: 116
CASE #: 06-61593
IN RE: GWENDOLYN E FRANKLIN    PRESENT: X
COUNSEL FOR DEBTOR(S): WRIGHT    PRESENT: ✓ By: Hansen
TRUSTEE: BESKIN    PRESENT: ✓

CONTINUED HEARING    X

TYPE OF HEARING: APPLICATION FOR COMPENSATION FILED BY COUNSEL FOR THE DEBTOR($250)

| PARTIES: | COUNSEL | PRESENT: |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

HEARING CONTINUED: ✓    DATE/TIME: 12-20-10 @ 9:30 AM

RULING:

ORDER DUE:    TO BE TENDERED BY:

ORDER LODGED IN CM ORDERS:

UNDER ADVISEMENT:

BRIEFING SCHEDULE:

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (434) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.